# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2305

_____

United States of America,

        Appellee,

v.

Brian Michael Rohrick,

        Appellant.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Northern District of Iowa.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted: February 5, 2004
Filed: March 16, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Brian Rohrick appeals the district court's[1] imposition of a 14-month prison term upon revocation of his supervised release for a felon-in-possession conviction. On appeal, he argues that the district court abused its discretion in imposing additional imprisonment and instead should have imposed inpatient drug treatment or at least a sentence within the Guidelines suggested range.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

After a careful review of the record, we find that the sentence was well below the maximum sentence allowed under 18 U.S.C. § 3583(e)(3) and was not an abuse of discretion.  See United States v. Jasper, 338 F.3d 865, 867 (8th Cir. 2003); United States v. Rodriguez-Favela, 337 F.3d 1020, 1021 (8th Cir. 2003).  Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____